UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20758-CIV-SEITZ/O'SULLIVAN

ZAEL CHAPPOTIN,

      Petitioner,

v.

MICHAEL MUKASEY, ATTORNEY
GENERAL; LINDA SWACINA, DISTRICT DIRECTOR,
UNITED STATES CITIZENSHIP & IMMIGRATION
SERVICES, MIAMI DISTRICT, *et al.*,

      Respondents.
_____/

## ORDER (1) GRANTING RESPONDENTS' MOTION TO DISMISS; AND (2) CLOSING CASE

THIS MATTER is before the Court on Respondents' Motion to Dismiss [DE-12]. Respondents report that, during an interview with USCIS, Petitioner admitted under oath that he had participated in a fraudulent marriage and, based on this fraud, USCIS denied his Application for Adjustment of status on June 17, 2008. Petitioner has not responded to the Motion to Dismiss. Because USCIS has now issued a final determination on Petitioner's Application for Adjustment of Status, Petitioner's claim is moot. Accordingly, it is hereby

    ORDERED that

    (1) Respondents' Motion to Dismiss [DE-12] is GRANTED;

    (2) This case is CLOSED; and

    (3) All pending motions not otherwise ruled upon are DENIED AS MOOT.

    DONE AND ORDERED in Miami, Florida, this 31st day of July, 2008.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Magistrate Judge O'Sullivan